IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SHELLEE F. COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:19-cv-00199-RLY-MPB |
| | ) |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 17th day of March, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: ___Dina M. Dayle___
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record